**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **LOUIS CONWAY** | **PLAINTIFF** |
| **V.** | **CAUSE NUMBER: 3:26-cv-00256-JDM-RP** |
| **JASMINE LeCOUNT McCLANAHAN, et al.** | **DEFENDANTS** |

# JUDGMENT

Before the Court is the magistrate judge's Report and Recommendation to dismiss. [4] The magistrate judge recommends the Court dismiss Plaintiff Louis Conway's complaint. The cited reasons are the failure to state a claim and lack of subject matter jurisdiction. Conway failed to timely object. The Court adopts the Report and Recommendation in full.

Conway filed this action pro se. This means 28 U.S.C. § 1915's screening process is in play. And under section 1915(e)(2), the Court may dismiss malicious and frivolous complaints and those lacking any arguable basis in fact or law. The Court agrees with the magistrate judge's conclusion that Conway's two-sentence complaint meets both dismissal criteria.

Further, "a district court may invoke its inherent power to dismiss claims with prejudice in order to protect 'the integrity of the judicial process.'" *Ben E. Keith Co. v. Dining All., Inc.*, 80 F.4th 695, 701 (5th Cir. 2023) (quoting *Brown v. Oil States Skagit Smatco*, 664 F.3d 71, 78 (5th Cir. 2011)). To exercise this power, the Court must find Conway "acted in bad faith or willfully abused the judicial process.

Conway's complaint is lobbed at 51 defendants. And it is so devoid of jurisdictional or substantive facts that its was obviously filed in bad faith. Troubling hallmarks of spam litigation plaguing this District and others are also present. They include providing the Court a phoney

plaintiff's address, non-sensical allegations, and parties that have zero nexus to Northern District of Mississippi. These bogus complaints needlessly drain valuable court resources. And any sanction less than prompt dismissal with prejudice "would not serve the interests of justice." *Id.*

The Report and Recommendation is **ADOPTED in full**.

The complaint is **DISMISSED with prejudice**.

This case is **CLOSED**.

**SO ORDERED**, this the 30th day of September, 2026.

/s/ James D. Maxwell, II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI